IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINA GROVE** | : | |
| Plaintiff, | : | |
| v. | : | 3:17-CV-2399 |
| | : | (JUDGE MARIANI) |
| **ARAMARK CORP. et al.,** | : | |
| Defendants. | : | |

FILED
SCRANTON
SEP 27 2018
PER ___
DEPUTY CLERK

## ORDER

A case management conference was conducted in the above-captioned matter on September 26, 2018. Participating on behalf of the Plaintiff was Curt Parkins. Participating on behalf of Defendants was Anne Martinez.

**AND NOW, THIS 26TH DAY OF SEPTEMBER, 2018,** upon agreement by the parties, **IT IS HEREBY ORDERED THAT** the above-captioned action is **STAYED** pending disposition of the Defendants' Motion to Dismiss (Doc. 14). Upon the Court's disposition of the motion to dismiss, should the action remain pending, the Court will schedule a case management conference to establish a pretrial schedule.

_____
Robert D. Mariani
United States District Judge