UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA GROVE, | : |
| | : Civil No. 3:17-CV-2399 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | :(Magistrate Judge Carlson) |
| | : |
| ARAMARK CORP., et al., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 30th DAY OF SEPTEMBER 2019, upon consideration of Magistrate Judge Carlson's R&R (Doc. 32) and all related documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 32) is **NOT ADOPTED**;

2. Aramark Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 14) (converted to a motion for summary judgment (Doc. 30)) is **DENIED without prejudice**;

3. The **STAY** established in the Court's September 28, 2018, Order, is hereby **LIFTED**;

4. The parties shall file a proposed Joint Case Management Plan on or before **October 15, 2019**;

5. A Case Management Conference will be scheduled by separate Order.

_____
Robert D. Mariani
United States District Judge